IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DONALD RAY TURNER, | ) |
| Plaintiff, | ) |
| vs. | ) CV 99-AR-0033-M |
| OFFICER KENNETH or KEITH DUDLEY, | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 11, 2000, recommending that plaintiff's motion for summary judgment be denied, that defendant's motion for summary judgment be granted, and that this cause be dismissed with prejudice. Plaintiff filed a response to the report and recommendation on February 25, 2000.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the response filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, plaintiff's motion for summary judgment is due to be DENIED, defendant's motion for summary

judgment is due to be GRANTED, and this action is due to be DISMISSED WITH PREJUDICE.

A Final Judgment will be entered.

DONE this the 2nd day of March, 2000.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE